IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

RED'S MARKET
5095 Industry Drive
Melbourne, Florida 32940
(407) 242-0090

            Plaintiff

      v.

CAPE CANAVERAL CRUISE LINE, INC.
920 Third Avenue
New Smyra Beach, Florida 32169
(321) 783-4052

SERVE ON:

    JIM KOSMAS, Registered Agent
    111 Live Oak Street
    New Smyra, Florida 32169

    and

STEVE KOSMAS
920 Third Avenue
New Smyra Beach, Florida 32169
(321) 783-4052

    and

PAUL KOSMAS
920 Third Avenue
New Smyra Beach, Florida 32169
(321) 783-4052

    and

NICHOLAS KOSMAS
920 Third Avenue
New Smyra Beach, Florida 32169
(321) 783-4052

    and

Case No. 6:00- CV-1408- ORL-28C



- 1 -

BRUCE BURNER        :
920 Third Avenue       :
New Smyra Beach, Florida 32169  :
(321) 783-4052        :
              :
      Defendants    :

## COMPLAINT
### (To Enforce Payment From Produce Trust)

Red's Market ("plaintiff"), for its complaint against defendants, alleges:

## JURISDICTION AND VENUE

1. Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5) (hereafter "the PACA"), 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

2. Venue in this District is based on 28 U.S.C. § 1391 in that (a) plaintiff's claim arose in this District and (b) defendants' have a principal place of business is in this District.

## PARTIES

3. Plaintiff, a Florida corporation, with a principal place of business in Melbourne, Florida, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4. a. Defendant, Cape Canaveral Cruise Line, Inc., upon information and belief, is a corporation conducting business in New Smyrna Beach, Florida, which purchases wholesale quantities of perishable agriculture commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to license under the provisions of the PACA as a dealer.

- 2 -

b.　　Defendants Steve Kosmas, Paul Kosmas, Nicholas Kosmas and Bruce Burner, upon information and belief, were at all times pertinent herein, dealers and commission merchants subject to the PACA.  Defendants Steve Kosmas, Paul Kosmas, Nicholas Kosmas and Bruce Burner were also the officers and directors of Cape Canaveral Cruise Line, Inc. during the period of time in question.

<u>GENERAL ALLEGATIONS</u>

5.　　This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. § 499e(c).

6.　　Between June 16, 2000 and September 7, 2000, plaintiff sold and delivered to defendants, in interstate commerce, wholesale amounts of produce worth $24,553.70.  A copy of the statement of account is attached hereto as Exhibit 1.

7.　　Defendants accepted the produce from plaintiff.

8.　　At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9.　　Plaintiff preserved their interest in the PACA trust in the amount of $24,553.70 by sending invoices to defendants which contain the language required by 7 U.S.C. § 499e(c)(4), and remains a beneficiary until full payment is made for the produce.  Copies of the invoices are attached hereto as Exhibit 2.

10.　　Defendants failed to pay plaintiff as required.

- 3 -

11.    Defendants' failure and refusal to pay plaintiff indicates that defendants are failing to maintain sufficient assets in the statutory trust to pay plaintiff and are dissipating trust assets.

Count 1

(Failure to Pay Trust Funds)

12.    Plaintiffs incorporate each and every allegation set forth in paragraphs 1 to 11 above as if fully set forth herein.

13.    The failure of Cape Canaveral Cruise Line, Inc. to make payment to plaintiffs of trust funds in the amount of $24,553.70 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests an order enforcing payment from the trust by requiring immediate payment from Cape Canaveral Cruise Line, Inc. of $24,553.70 to plaintiff.

Count 2

(Failure to Pay For Goods Sold)

14.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 13 above as if fully set forth herein.

15.    Defendants failed and refused to pay plaintiff $24,553.70 owed to plaintiff for produce received by defendants from plaintiff.

WHEREFORE, plaintiff request judgment in the amount of $24,553.70 against all defendants, jointly and severally.

- 4 -

## Count 3

### (Unlawful Dissipation of Trust Assets by
a Corporate Official – Steve Kosmas)

16.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 15 above as if fully set forth herein.

17.    Defendant, Steve Kosmas, was an officer who operated Cape Canaveral Cruise Line, Inc. during the period of time in question.

18.    Defendant, Steve Kosmas, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce it supplied.

19.    Defendant, Steve Kosmas' failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

20.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff requests judgment against defendant Steve Kosmas in the amount of $24,553.70.

## Count 4

### (Failure to Pay Trust Funds – Steve Kosmas)

21.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 20 above as if fully set forth herein.

22.   Defendant, Steve Kosmas, assisted in the operation of Cape Canaveral Cruise Line, Inc. and, as an individual, was a dealer and commission merchant subject to the PACA.

23.   Defendant, Steve Kosmas' failure to make payment to plaintiff of trust funds in the amount of $24,553.70 is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests judgment against Steve Kosmas in the amount of $24,553.70 and an order against defendant Steve Kosmas enforcing payment from the trust in said amount.

### Count 5

#### (Unlawful Dissipation of Trust Assets by a Corporate Official – Paul Kosmas)

24.   Plaintiff incorporates each and every allegation set forth in paragraph 1 to 23 above as if fully set forth herein.

25.   Defendant, Paul Kosmas, was an officer who operated Cape Canaveral Cruise Line, Inc. during the period of time in question.

26.   Defendant, Paul Kosmas, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce it supplied.

27.   Defendant, Paul Kosmas' failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

28.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce they supplied.

WHEREFORE, plaintiff requests judgment against defendant Paul Kosmas in the amount of $24,553.70.

Count 6

(Failure to Pay Trust Funds – Paul Kosmas)

29.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 28 above as if fully set forth herein.

30.    Defendant, Paul Kosmas, assisted in the operation of Cape Canaveral Cruise Line, Inc. and, as an individual, was a dealer and commission merchant subject to the PACA.

31.    Defendant, Paul Kosmas' failure to make payment to plaintiff of trust funds in the amount of $24,553.70 is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests judgment against Paul Kosmas in the amount of $24,553.70 and an order against defendant Paul Kosmas enforcing payment from the trust in said amount.

Count 7

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Nicholas Kosmas)

32.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 31 above as if fully set forth herein.

- 7 -

33.    Defendant, Nicholas Kosmas, was an officer who operated Cape Canaveral Cruise Line, Inc. during the period of time in question.

34.    Defendant, Nicholas Kosmas, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce it supplied.

35.    Defendant, Nicholas Kosmas' failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

36.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff requests judgment against defendant Nicholas Kosmas in the amount of $24,553.70.

### Count 8

(Failure to Pay Trust Funds – Nicholas Kosmas)

37.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 36 above as if fully set forth herein.

38.    Defendant, Nicholas Kosmas, assisted in the operation of Cape Canaveral Cruise Line, Inc. and, as an individual, was a dealer and commission merchant subject to the PACA.

39.    Defendant, Nicholas Kosmas' failure to make payment to plaintiff of trust funds in the amount of $24,553.70 is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests judgment against Nicholas Kosmas in the amount of $24,553.70 and an order against defendant Nicholas Kosmas enforcing payment from the trust in said amount.

### Count 9

#### (Unlawful Dissipation of Trust Assets by a Corporate Official – Bruce Burner)

40.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 39 above as if fully set forth herein.

41.    Defendant, Bruce Burner, was an officer who operated Cape Canaveral Cruise Line, Inc. during the period of time in question.

42.    Defendant, Bruce Burner, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce it supplied.

43.    Defendant, Bruce Burner's failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

44.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce they supplied.

WHEREFORE, plaintiff requests judgment against defendant Bruce Burner in the amount of $24,553.70.

## Count 10

### (Failure to Pay Trust Funds – Bruce Burner)

45.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 44 above as if fully set forth herein.

46.    Defendant, Bruce Burner, assisted in the operation of Cape Canaveral Cruise Line, Inc. and, as an individual, was a dealer and commission merchant subject to the PACA.

47.    Defendant, Bruce Burner' failure to make payment to plaintiff of trust funds in the amount of $24,553.70 is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests judgment against Bruce Burner in the amount of $24,553.70 and an order against defendant Bruce Burner enforcing payment from the trust in said amount.

## Count 11

### (Interest and Attorney's Fees)

48.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 47 above as if fully set forth herein.

49.    On November 21, 1997, Cape Canaveral Cruise Line executed an agreement with plaintiff whereby it agreed to pay all costs of collection including attorneys fees and costs and a service charge of 1.5% each month until the unpaid balance to plaintiff was paid.  A copy of the agreement is attached hereto as Exhibit 3.

50.    Defendants failed to pay as required and are required to pay plaintiff's attorneys fees and costs and interest pursuant to the agreement.

- 10 -

WHEREFORE, plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this _20th_ day of October, 2000

McCARRON & ASSOCIATES

By:_____
Louis W. Diess, III
4910 Massachusetts Ave., N.W.
Washington, DC 20016
(202) 364-0400

WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.

By:_____
Frank M. Bedell
390 North Orange Ave., Suite 1500
Orlando, Florida 32802
(407) 423-4246
Attorneys for Plaintiffs

- 11 -

ALL STATE® LEGAL  800 222-0510    ED11    RECYCLED

82024      CAPE CANAVERAL CRUISE LIN                      TERMS:   M   30 DAY

           7099 NORTH ATLANTIC AVE
           CAPE CANAVERAL     FL    32920

| INV # | TYPE | REF NO. | CHECK NO. | TRNDATE | 00 - 30 | 31 - 60 | 61 - 90 | 91 - OVER | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 314461 | C | 639770 | | 8/11/00 | | 80.00- | | | 80.00- |
| 314570 | C | 640683 | | 8/18/00 | | 298.40- | | | 298.40- |
| 315566 | C | 637744 | | 7/28/00 | | 14.40- | | | 14.40- |
| 315584 | C | 641899 | | 8/25/00 | 158.50- | | | | 158.50- |
| 315721 | C | 638512 | | 8/03/00 | | 92.00- | | | 92.00- |
| 632558 | I | | | 6/16/00 | | | | 64.00 | 64.00 |
| 636702 | I | | | 7/20/00 | | 3491.40 | | | 3,491.40 |
| 637492 | I | | | 7/26/00 | | 121.00 | | | 121.00 |
| 637744 | I | | | 7/28/00 | | 3217.98 | | | 3,217.98 |
| 637815 | I | | | 7/28/00 | | 129.90 | | | 129.90 |
| 638512 | I | | | 8/03/00 | | 4165.80 | | | 4,165.80 |
| 638558 | I | | | 8/03/00 | | 54.00 | | | 54.00 |
| 638559 | I | | | 8/03/00 | | 112.00 | | | 112.00 |
| 639487 | I | | | 8/09/00 | | 184.50 | | | 184.50 |
| 639770 | I | | | 8/11/00 | | 3235.52 | | | 3,235.52 |
| 639832 | I | | | 8/11/00 | | 80.00 | | | 80.00 |
| 639998 | I | | | 8/12/00 | | 78.00 | | | 78.00 |
| 640683 | I | | | 8/17/00 | | 3808.60 | | | 3,808.60 |
| 641569 | I | | | 8/23/00 | 161.50 | | | | 161.50 |
| 641899 | I | | | 8/25/00 | 2907.70 | | | | 2,907.70 |
| 641951 | I | | | 8/25/00 | 126.70 | | | | 126.70 |
| 642769 | I | | | 8/31/00 | 2803.95 | | | | 2,803.95 |
| 643123 | I | | | 9/02/00 | 56.00 | | | | 56.00 |
| 643704 | C | 641899 | | 9/07/00 | 139.50- | | | | 139.50- |
| 9990710 | I | | | 7/10/00 | | | | | |
| 9990710 | P | | 31052 | 7/10/00 | | | 537.95 | | 537.95 |
| | | | | | 5757.85 | 18193.90 | 537.95 | 64.00 | 24,553.70 |

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 13 of 45 PageID 13


ALL-STATE® LEGAL   800-222-0510   ED11   RECYCLED



# RED'S MARKET

**BILL TO:**
\*\*CAPE CANAVERAL CRUISE
VESSEL: DOLPHINE
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN  1 OF  1

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL  32920
407-783-4052

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 314461 | 8/11/00 | 82024 | 8/11/00 | 0000 | SHIPS/TED | LEGAL\*\*NO DROPS—CASH ONLY | |

**SPECIAL INSTRUCTIONS:**

DUE DATE :  8/21/00
C.M. REF#:  639770

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2- | | 50 LB | BANANAS, COOKING PLANTAIN | | | 16.00 | 32.00- | |
| 802001 | | 30- | | LB | MUSHROOMS, JUMBO | | | 1.60 | 48.00- | |

CASES: 2-  SPLITS: 1  CUBES: 6.00- THANK-YOU FOR YOUR ORDER!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|
| | | | |

CUSTOMER
SIGNATURE

TOTAL WEIGHT  140.00

SUB TOTAL  80.00-
.00
.00

...e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable
...ricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

CUSTOMER



# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

***** CREDIT MEMO *****
BILL TO:
**CAPE CANAVERAL CRUISE
VESSEL: DOLPHINE
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

***** R E P R I N T *****
DELIVER TO:                          PAGE
CAPE CANAVERAL CRUISE LIN  1 OF   1

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL     FL  32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 314570 | 8/18/00 | 82024 | 8/18/00 | 00000 | SHIPS/TED | LEGAL**NO DROPS-CASH ONLY DUE DATE : 8/28/00 C.M. REF#: 640683 | |

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 10- | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 14.00 | 140.00- | 7 |
| 801120 | | 360- | | EACH | PINEAPPLES, 14CT | | | .44 | 158.40- | 4 |

CASES:    10-   SPLITS:    1 | CUBES:    58.50-  THANK-YOU FOR YOUR ORDER!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 1091.50 | | 298.40- | |
| | | | | | | | | .00 |
| | | | | | | | | .00 |

...e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable ...ricultural Commodities Act, 1930 (7 U.S C  499e(c))  The seller of these commodities retains a trust claim over these commodities, all inventories of

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 17 of 45   PageID 17



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

***** CREDIT MEMO *****

**BILL TO:**
**CAPE CANAVERAL CRUISE
VESSEL: DOLPHINE
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

DELIVER TO: **** R E P R I N T ***

CAPE CANAVERAL CRUISE LIN  1 OF

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STO |
|---|---|---|---|---|---|---|---|
| 315566 | 7/28/00 | 82024 | 7/28/00 | 0000 | SHIPS/TED | LEGAL **NO DROPS-CASH ONLY | |

DUE DATE :   8/07/00
C.M. REF#:   637744

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 2730 | | 18- | EACH | | TARRAGON | | | .80 | 14.40- | |

CASES:  0   SPLITS:   1   CUBES:   1.08-  THANK-YOU FOR YOUR ORDER!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER
SIGNATURE

TOTAL WEIGHT      1.44

| SUB TOTAL | 14.40- |
|---|---|
| | .00 |
| | .00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C. 499e(c)) The seller of these commodities retains a trust claim over these commodities a inventor s of



# RED'S MARKET

**BILL TO:**
**CAPE CANAVERAL CRUISE
VESSEL: DOLPHINE
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN  1 OF

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL 32920
407-783-4052

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | PO NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 315584 | 7/28/00 | 82024 | 8/25/00 | 0000 | SHIPS/TED | LEGAL**NO DROPS-CASH ONLY | |

DUE DATE : 8/07/00
C.M. REF#: 641899

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 195 | | 1/- | | EACH | WATERMELON | | | 6.50 | 110.50- | 3 |
| 80200? | | 30- | | LB | MUSHROOMS, JUMBO | | | 1.60 | 48.00- | 3 |

CASES: 1/-  SPLITS: 1  CUBES: 2.40-  THANK-YOU FOR YOUR ORDER!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 461.00 | | 158.50- |

CUSTOMER
SIGNATURE

.00
.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of



# RED'S MARKET

BILL TO:
**CAPE CANAVERAL CRUISE
VESSEL: DOLPHINE
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL  32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN   1 OF

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL     FL  32920
407-783-4052

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 315721 | 8/03/00 | 82024 | 8/03/00 | 0000 | SHIPS/TED | LEGAL**NO DROPS-CASH ONLY | |

DUE DATE :   8/13/00
C.M. REF#:   638512

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT WEIGHT | UNIT PRICE | EXT PRICE | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 020 | | 8- | | 40 LB | BANANAS FEILDERS/COUNSULS | | | 11.50 | 92.00- | |

CASES:   8-   SPLITS:   0   CUBES:   14.40-  THANK-YOU FOR YOUR ORDER!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | | 336.00 | 92.00- |

CUSTOMER
SIGNATURE

.00
.00

CUSTOMER
ORIGINAL

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of



# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 20 of 45 PageID20

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

**PAGE** 1 OF 1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 632558 | 6/16/00 | 82024 | 6/16/00 | 5788 | SHIPS/TED | 30 DAY  DUE DATE : 7/16/00 | W/C |

**SPECIAL INSTRUCTIONS:**

TEOB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 301 | 40 | 40 | | LB | MUSHROOMS, JUMBO | | | 1.60 | 64.00 | |

CASES: 0   SPLITS: 1   CUBES: 3.20   RED'S WILL BE CLOSED FOR INDEPEDENCE DAY 7\4\2000!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 48.00 | | 64.00 |
| | | | | | | | .00 |
| | | | | | | | .00 |

**ACCOUNTS RECEIVABLE**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment i

# RED'S MARKET

ORLANDO: (407) 857-3930 TAMPA: (813) 620-1141 MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL FL 32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 636702 | 7/20/00 | 82024 | 7/20/00 | 5976 | SHIP'D/TED | 30 DAY<br>DUE DATE : 8/19/00 | 14 000 |

**SPECIAL INSTRUCTIONS:** DOLPHIN IV 5976

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 112295 | 2 | 2 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 18.00 | 36.00 | |
| 112296 | 2 | 2 | | 125 CT | APPLES, RED DELICIOUS | | | 17.00 | 34.00 | |
| 102020 | 16 | 16 | | 40 LB | BANANAS FEILDERS/COUNGULS | | | 11.00 | 176.00 | |
| | | | | | 8-#5GRTIP 8-#4 BREAKER | | | | | |
| 132200 | 7 | 7 | | 200 CT | LEMONS, CHOICE | | | 24.00 | 168.00 | |
| 141009 | 38 | 38 | | CASE | HONEYDEW | | | 12.00 | 456.00 | |
| 14125 | 14 | 0 | | CASE | ORANGES,125 CT | | | | | |
| 150113 | 0 | 14 | | 113/138 | ORANGES, CALIF | | | 15.00 | 210.00 | |
| 250045 | 7 | 7 | | 12 PT | STRAWBERRIES, DRISCOLL | | | 14.00 | 98.00 | |
| 249095 | 60 | 60 | | EACH | WATERMELON | | | 6.00 | 360.00 | |
| 452020 | 1 | 1 | | CRT | NAPPA | | | 29.00 | 29.00 | |
| 451068 | 14 | 14 | | 50 LBS | CARROTS, CALIF | | | 16.00 | 224.00 | |
| 451070 | 12 | 12 | | CASE | CAULIFLOWER | | | 18.50 | 222.00 | |
| 456085 | 2 | 2 | | 12 CT | LEEKS | | | 18.00 | 36.00 | |
| 403642 | 10 | 10 | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 14.00 | 140.00 | |
| 403200 | 3 | 3 | | 24 CT | ESCAROLE | | | 14.00 | 42.00 | |
| 002 | 3 | 3 | | CASE | CHICORY/ENDIVE | | | 14.00 | 42.00 | |
| 3680 | 3 | 3 | | CRT | LETTUCE, RED LEAF CALIF | | | 16.00 | 48.00 | |
| 453505 | 3 | 3 | | CASE | KALE,ORIENTAL | | | 13.00 | 39.00 | |
| 456034 | 10 | 10 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 13.00 | 130.00 | |
| 499058 | 2 | 2 | | 1/2 BU | SQUASH, YELLOW STRAIGHT NECK | | | 12.00 | 24.00 | |
| 490267 | 28 | 28 | | 25# | TOMATOES, 6X7 | | | 14.00 | 392.00 | |
| 301071 | 60 | 60 | | EACH | PAPAYAS, | | | 1.10 | 66.00 | |
| | | | | | * RIPE | | | | | |
| 301120 | 280 | 280 | | EACH | PINEAPPLES, 14CT | | | .92 | 257.60 | |
| 301600 | 10 | 10 | | LB | PEAS, SNOW | | | 2.00 | 20.00 | |
| 303 | 80 | 80 | | LBS | SPINACH, CELLO | | | 1.70 | 136.00 | |
| 301955 | 20 | 20 | | LB | MUSHROOMS, FANCY | | | 1.30 | 26.00 | |

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | CONTINUED | |

**YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING**

CUSTOMER SIGNATURE

JUL 30 000

**ACCOUNTS RECEIVABLE**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities



# RED'S MARKET

ORLANDO: (407) 857-3930, TAMPA: (813) 620-1141 MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN 2 OF

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL FL 32920
407-783-4052

**PAGE**

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 636702 | 7/20/00 | 82024 | 7/20/00 | 5976 | SHIPS/TED | 30 DAY | 14-800 |

DUE DATE : 8/19/00

**SPECIAL INSTRUCTIONS:**
DOLPHIN IV          5976                KAREN

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT WEIGHT | UNIT PRICE | EXT PRICE | ST |
|---|---|---|---|---|---|---|---|---|---|---|
| 070 | 10 | 10 | | LB | SHALLOTS | | | 1.50 | 15.00 | |
| 802700 | 24 | 24 | | EACH | ROSEMARY | | | .90 | 21.60 | |
| 802730 | 18 | 18 | | EACH | TARRAGON | | | .80 | 14.40 | |
| 802740 | 18 | 18 | | EACH | THYME | | | .90 | 16.20 | |
| 802752 | 18 | 18 | | 1 EA. | CILANTRO 30 CT. | | | .70 | 12.60 | |

CASES: 237   SPLITS: 10   CUBES: 288.01   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 8923.06 | | 3491.40 | |

JUL 24 000

ACCOUNTS RECEIVABLE

.00
.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL  32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN   1 OF   1

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL  32920
407-783-4052

PAGE

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 637492 | 7/26/00 | 82024 | 7/26/00 | 6015 | SHIPS/TED | 30 DAY  DUE DATE : 8/25/00 | 66-500 |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 3 | 3 | | 40 LB | BANANAS FEILDERS/COUNSULS | | | 11.00 | 33.00 | |
| 404020 | 2 | 2 | | 12/10OZ | SPINACH, CELLO | | | 16.50 | 33.00 | |
| 450063 | 1 | 1 | | 5 DOZEN | PARSLEY | | | 16.00 | 16.00 | |
| 450094 | 2 | 2 | | 24 CT | WATERCRESS | | | 15.00 | 30.00 | |
| 21359 | 10 | 10 | | LB | SPROUTS, BEAN | | | .90 | 9.00 | |

CASES: 8   SPLITS: 1   CUBES: 10.77   THANK-YOU FOR YOUR ORDER - RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER SIGNATURE

| TOTAL WEIGHT | 215.00 |
|---|---|
| SUB TOTAL | 121.00 |
| | .00 |
| | .00 |

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL , FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN   1 OF   2

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

PAGE

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 637744 | 7/28/00 | 82024 | 7/28/00 | 6012 | SHIPS/TED | 30 DAY | 08-000 |
| | | | | | | DUE DATE : 8/27/00 | |

**SPECIAL INSTRUCTIONS:** FRIDAY

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST |
|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 3 | 3 | | 113 CT | APPLES, GOLDEN DELICIOUS | | | 16.50 | 49.50 | |
| 112296 | 3 | 3 | | 125 CT | APPLES, RED DELICIOUS | | | 16.00 | 48.00 | |
| 302020 | 16 | 16 | | 40 LB | BANANAS FEILDERS/COUNSULS | | | 11.00 | 176.00 | |
| 360215 | 2 | 2 | | LUG | GRAPES, PERLETTE | | | 18.00 | 36.00 | |
| 360315 | 1 | 1 | | LUG | GRAPES, RED SEEDLESS | | | 18.00 | 18.00 | |
| 302200 | 6 | 6 | | 200 CT | LEMONS, CHOICE | | | 24.00 | 144.00 | |
| 341009 | 22 | 22 | | CASE | HONEYDEW | | | 12.00 | 264.00 | |
| 310113 | 8 | 8 | | 113/138 | ORANGES, CALIF | | | 14.00 | 112.00 | |
| F50045 | 8 | 8 | | 12 PT | STRAWBERRIES, DRISCOLL | | | 14.00 | 112.00 | |
| 249095 | 60 | 60 | | EACH | WATERMELON | | | 6.50 | 390.00 | |
| 401050 | 12 | 12 | | 14 CT | BROCCOLI | | | 13.00 | 156.00 | |
| 401066 | 9 | 9 | | 50 LBS | CARROTS, EASTERN | | | 16.00 | 144.00 | |
| 401080 | 2 | 2 | | 24 CT | CELERY | | | 20.00 | 40.00 | |
| 401070 | 4 | 4 | | CASE | CAULIFLOWER | | | 16.00 | 64.00 | |
| 401110 | 4 | 4 | | BUSHEL | CUCUMBERS | | | 15.00 | 60.00 | |
| 406085 | 2 | 2 | | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 403642 | 9 | 9 | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 17.00 | 153.00 | |
| 3620 | 2 | 2 | | CTN | LETTUCE, BOSTON | | | 17.00 | 34.00 | |
| 403680 | 3 | 3 | | CRT | LETTUCE, RED LEAF CALIF | | | 16.50 | 49.50 | |
| 404015 | 7 | 0 | | 4/2.5LB | SPINACH, CELLO | | | | *ON ORDER* | 0 |
| 406027 | 1 | 1 | | 25 LBS | ONIONS, RED JUMBO | | | 11.00 | 11.00 | |
| 406034 | 9 | 9 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.50 | 103.50 | |
| 450063 | 2 | 2 | | 5 DOZEN | PARSLEY | | | 16.00 | 32.00 | |
| 408800 | 4 | 4 | | 50 LBS | POTATOES, RED BLISS A | | | 9.00 | 36.00 | |
| 409053 | 8 | 8 | | CRT | SQUASH, YELLOW | | | 14.00 | 112.00 | |
| 410267 | 28 | 28 | | 25# | TOMATOES, 6X7 | | | 14.00 | 392.00 | |
| 410732 | 2 | 2 | | 23 LBS | TOMATOES, 6X6 60/72 COUNT BOX | | | 14.00 | 28.00 | |
| 401336 | 2 | 2 | | CTN | RUTABAGAS | | | 18.00 | 36.00 | |

| DRIVER | CASH | CHECK | AMOUNT | YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | | CONTINUED |

JUL-28-00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment

**ACCOUNTS RECEIVABLE**

Case 6:00-cv-01408-JA    Document 1    Filed 10/20/2000    Page 25 of 45    PageID 25

# RED'S MARKET

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN   2 OF   2

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL 32920
407-783-4052

**PAGE**

ORLANDO: (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 637744 | 7/28/00 | 82024 | 7/28/00 | 6012 | SHIPS/TED | 30 DAY | 08-000 |
| | | | | | | DUE DATE : 8/27/00 | |

**SPECIAL INSTRUCTIONS:** FRIDAY

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 252 | 252 | | EACH | PINEAPPLES, 14CT | | | .94 | 236.88 | |
| 301600 | 10 | 10 | | LB | PEAS, SNOW | | | 2.40 | 24.00 | |
| 302001 | 30 | 30 | | LB | MUSHROOMS, JUMBO | | | 1.40 | 42.00 | |
| 301955 | 20 | 20 | | LB | MUSHROOMS, FANCY | | | 1.25 | 25.00 | |
| 302700 | 24 | 24 | | EACH | ROSEMARY | | | .90 | 21.60 | |
| 302730 | 18 | 18 | | EACH | TARRAGON | | | .80 | 14.40 | |
| 302740 | 18 | 18 | | EACH | THYME | | | .80 | 14.40 | |
| 302752 | 12 | 12 | | 1 EA. | CILANTRO   30 CT. | | | .60 | 7.20 | |

CASES:   232   SPLITS:   8   CUBES:   318.34   THANK-YOU FOR YOUR ORDER   RED'S MARKET!

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 8661.04 | 3217.98 |
| | | | | | | .00 |
| | | | | | | .00 |

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

JUL 28 00

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full



# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL  32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL   32920
407-783-4052

PAGE
1 OF   1

*Dolphin IV*

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 637815 | 7/28/00 | 82024 | 7/28/00 | 6012 | SHIPS/TED | 30 DAY  DUE DATE : 8/27/00 | W/C |

TEDB

## SPECIAL INSTRUCTIONS:

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 15 | 7 | 7 |  | 4/2.5LB | SPINACH, CELLO |  |  | 16.50 | 115.50 |  |
| 30 | 30 | 18 | 18 | EACH | TARRAGON |  |  | .80 | 14.40 |  |

CASES:    7    SPLITS:    1    CUBES:    6.33    THANK-YOU FOR YOUR ORDER  RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER SIGNATURE

| TOTAL WEIGHT | 85.44 | SUB TOTAL | 129.90 |
|---|---|---|---|
|  |  |  | .00 |
|  |  |  | .00 |

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN   1 OF   2

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL  32920
407-783-4052

PAGE

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 638512 | 8/03/00 | 82024 | 8/03/00 | 6040 | SHIPS/TED | 30 DAY  DUE DATE : 9/02/00 | 008-001 |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST |
|---|---|---|---|---|---|---|---|---|---|---|
| | 25 | 2 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 17.00 | 34.00 | |
| 112296 | 3 | 3 | | 125 CT | APPLES, RED DELICIOUS | | | 16.00 | 48.00 | |
| 02020 | 16 | 8 | | 40 LB | BANANAS FEILDERS/COUNSULS | 8 C/S RETURN | | 11.50 | 184.00 | |
| 20215 | 2 | 0 | | LUG | GRAPES, PERLETTE | | | | *ON ORDER* | 0 |
| 20315 | 2 | 2 | | LUG | GRAPES, RED SEEDLESS | | | 18.00 | 36.00 | |
| 02200 | 10 | 10 | ✓ | 200 CT | LEMONS, CHOICE | | | 26.00 | 260.00 | |
| 240018 | 25 | 25 | ✓ | CASE | CANTALOUPE | | | 11.80 | 295.00 | |
| 241009 | 30 | 30 | ✓ | CASE | HONEYDEW | | | 10.00 | 300.00 | |
| 40113 | 15 | 15 | ✓ | 113/138 | ORANGES, CALIF | | | 13.00 | 195.00 | |
| 250045 | 8 | 8 | ✓ | 12 PT | STRAWBERRIES, DRISCOLL | | | 15.00 | 120.00 | |
| 49095 | 65 | 65 | ✓ | EACH | WATERMELON | | | 6.50 | 422.50 | |
| 401050 | 20 | 20 | ✓ | 14 CT | BROCCOLI | | | 14.00 | 280.00 | |
| 401066 | 15 | 15 | ✓ | 50 LBS | CARROTS, EASTERN | | | 15.50 | 232.50 | |
| 401080 | 2 | 2 | | 24 CT | CELERY | | | 18.00 | 36.00 | |
| 401110 | 3 | 3 | | BUSHEL | CUCUMBERS | | | 12.00 | 36.00 | |
| 406085 | 2 | 2 | ✓ | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 443 | 10 | 10 | ✓ | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 16.00 | 160.00 | |
| 700 | 10 | 10 | ✓ | 24 CT | LETTUCE, ROMAINE | | | 17.00 | 170.00 | |
| 3680 | 3 | 3 | | CRT | LETTUCE, RED LEAF CALIF | | | 18.00 | 54.00 | |
| 404020 | 7 | 7 | | 12/10OZ | SPINACH, CELLO | | | 18.00 | 126.00 | |
| 406034 | 12 | 12 | ✓ | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.00 | 132.00 | |
| 450063 | 2 | 2 | ✓ | 5 DOZEN | PARSLEY | | | 16.00 | 32.00 | |
| 1500 | 2 | 2 | | BAG | RADISHES, BULK BAG | | | 19.00 | 38.00 | |
| 400267 | 35 | 35 | ✓ | 25# | TOMATOES, 6X7 | | | 14.00 | 490.00 | |
| 411336 | 2 | 2 | | CTN | RUTABAGAS | | | 16.00 | 32.00 | PG |
| 361120 | 350 | 350 | ✓ | EACH | PINEAPPLES, 14CT | | | .94 | 329.00 | |
| 411600 | 10 | 10 | | LB | PEAS, SNOW | | | 3.00 | 30.00 | |
| 302709 | 12 | 12 | | EACH | ROSEMARY | | | .80 | 9.60 | |

**YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING**

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | | | CONTINUED |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

**ACCOUNTS RECEIVABLE**

# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| BILL TO: | DELIVER TO: |
|---|---|
| CAPE CANAVERAL CRUISE LIN | CAPE CANAVERAL CRUISE LIN |
| 7099 NORTH ATLANTIC AVE | 7099 NORTH ATLANTIC AVE. |
| CAPE CANAVERAL  FL 32920 | CAPE CANAVERAL  FL 32920 |
| | 407-783-4052 |

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 638512 | 8/03/00 | 82024 | 8/03/00 | 6040 | SHIPS/TED | 30 DAY | 608-001 |
| | | | | | | DUE DATE : 9/02/00 | |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | 24 | | EACH | TARRAGON | | | .90 | 21.60 | |
| 802740 | 18 | 18 | | EACH | THYME | | | .90 | 16.20 | |
| 802752 | 18 | 18 | | 1 EA. | CILANTRO  30 CT. | | | .80 | 14.40 | |

CASES:  30  SPLITS:  6  CUBES:  412.67  THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER SIGNATURE

| | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|
| | 11690.68 | 4165.80 |
| | | .00 |
| | | .00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ACCOUNTS RECEIVABLE

Case 6:00-cv-01408-JA    Document 1    Filed 10/20/00    Page 29 of 45 PageID 29

# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL , FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN  1 OF  1

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

PAGE

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 638558 | 8/03/00 | 82024 | 8/03/00 | 6040 | SHIPS/TED | 30 DAY DUE DATE : 9/02/00 | W/C |

**SPECIAL INSTRUCTIONS:**

TED8

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 15 | 2 | 2 | LUG | GRAPES, PERLETTE |  |  | 19.00 | 38.00 |  |
| 401386 | 1 | 1 |  | CTN | RUTABAGAS |  |  | 16.00 | 16.00 |  |

CASES:    3    SPLITS:    0    CUBES:    3.20   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK ALL MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 102.00 | | 54.00 .00 .00 | |

ACCOUNTS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of



# RED'S MARKET

ORLANDO: (407) 857-3930 TAMPA: (813) 620-1141 MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 30 of 45 PageID 30

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL 32920
407-783-4052

**PAGE**
1 OF   1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 638559 | 8/03/00 | 82024 | 8/03/00 | 6047 | SHIPS/TED | 30 DAY<br>DUE DATE : 9/02/00 | W/C |

## SPECIAL INSTRUCTIONS:

TED8

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 3 | | 24 CT | ESCAROLE | | | 16.00 | 48.00 | |
| 403002 | 4 | 4 | CASE | | CHICORY/ENDIVE | | | 16.00 | 64.00 | |

CASES:   7   SPLITS:   0   CUBES:   14.00   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 210.00 | 112.00 |
| | | | | | | .00 |
| | | | | | | .00 |

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities

# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL . FL 32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL  32920
407-783-4052

PAGE
1 OF  1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 639487 | 8/09/00 | 82024 | 8/09/00 | 6078 | SHIPS/TED | 30 DAY  DUE DATE : 9/08/00 | 44-600 |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 10 | 0 |  | 40 LB | BANANAS, PREMIUM |  |  |  |  | 5 |
| 302020 | 0 | 5 |  | 40 LB | BANANAS FEILDERS/COUNSULS |  |  | 11.50 | 57.50 |  |
| 401050 | 5 | 5 |  | 14 CT | BROCCOLI |  |  | 13.00 | 65.00 |  |
| 404020 | 3 | 3 |  | 12/10OZ | SPINACH, CELLO |  |  | 18.00 | 54.00 |  |
| 460094 | 2 | 0 |  | 24 CT | WATERCRESS |  |  | *ON ORDER* |  | 0 |
| 801359 | 10 | 10 |  | LB | SPROUTS, BEAN |  |  | .80 | 8.00 |  |

CASES:  13   SPLITS:  1   CUBES:  18.55   THANK-YOU FOR YOUR ORDER, RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | CUSTOMER SIGNATURE | 490.00 | | 184.50 | |
|  |  |  |  | | | | .00 | |
|  |  |  |  | | ACCOUNTS RECEIVABLE | | .00 | |

le perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of od or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is

***** R E P R I N T *****



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL  32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN  1 OF  2
**PAGE**

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL  32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 639770 | 8/11/00 | 82024 | 9/11/00 | 6076 | SHIPS/TED | 30 DAY | 08-001 |
| | | | | | | DUE DATE : 9/10/00 | |

**SPECIAL INSTRUCTIONS:**  FRIDAY ORDER

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 2 | 2 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 17.00 | 34.00 | |
| 112296 | 2 | 2 | | 125 CT | APPLES, RED DELICIOUS | | | 16.00 | 32.00 | |
| 02020 | 16 | 16 | | 40 LB | BANANAS FEILDERS/COUNSULS | | | 11.50 | 184.00 | |
| 02035 | 2 | 2 | | 50 LB | BANANAS, COOKING PLANTAIN | Missing | | 16.00 | 32.00 | |
| 0215 | 1 | | | LUG | GRAPES, PERLETTE | | | 19.00 | 19.00 | |
| 22200 | 5 | 5 | | 200 CT | LEMONS, CHOICE | | | 27.00 | 135.00 | |
| 1009 | 22 | 22 | | CASE | HONEYDEW | | | 10.00 | 220.00 | |
| 0113 | 9 | 9 | | 113/138 | ORANGES, CALIF | | | 13.00 | 117.00 | |
| 250045 | 8 | 8 | | 12 PT | STRAWBERRIES, DRISCOLL | | | 14.00 | 112.00 | |
| 249095 | 60 | 60 | | EACH | WATERMELON | | | 6.50 | 390.00 | |
| 1050 | 16 | 16 | | 14 CT | BROCCOLI | | | 13.00 | 208.00 | |
| 02020 | 1 | 0 | | CRT | NAPPA | | | *ON ORDER* | | 0 |
| 1066 | 6 | 6 | | 50 LBS | CARROTS, EASTERN | | | 15.50 | 93.00 | |
| 1080 | 2 | 2 | | 24CT | CELERY | | | 21.00 | 42.00 | |
| 06085 | 2 | 2 | | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 03642 | 9 | 9 | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 15.00 | 135.00 | |
| 700 | 9 | 9 | | 24 CT | LETTUCE, ROMAINE | | | 19.00 | 171.00 | |
| 620 | 2 | 2 | | CTN | LETTUCE, BOSTON | | | 16.00 | 32.00 | |
| 680 | 2 | 2 | | CRT | LETTUCE, RED LEAF CALIF | | | 18.00 | 36.00 | |
| 4020 | 8 | 8 | | 12/10OZ | SPINACH, CELLU | | | 18.00 | 144.00 | |
| 6054 | 8 | 8 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.00 | 88.00 | |
| 00063 | 2 | 2 | | 5 DOZEN | PARSLEY | | | 16.00 | 32.00 | |
| 300 | 1 | 1 | | BAG | RADISHES, BULK BAG | | | 19.00 | 19.00 | |
| 09058 | 3 | 3 | | 1/2 BU | SQUASH, YELLOW STRAIGHT NECK | | | 12.00 | 36.00 | |
| 0267 | 28 | 28 | | 25# | TOMATOES, 6X7 | | | 14.00 | 392.00 | |
| 1072 | 2 | 2 | | 23 LBS | TOMATOES, 6X6 60/72 COUNT BOX | | | 14.00 | 28.00 | |
| 1336 | 2 | 2 | | CTN | RUTABAGAS | | | 16.00 | 32.00 | |
| 301120 | 308 | 308 | | EACH | PINEAPPLES, 14CT | | | .94 | 289.52 | |

**YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING**

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|
| | | | |

CUSTOMER SIGNATURE

| TOTAL WEIGHT | SUB TOTAL |
|---|---|
| | CONTINUED |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

ACCOUNTS RECEIVABLE

# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL FL 32920
407-783-4052

PAGE 2 OF 2

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O.NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 639770 | 8/11/00 | 82024 | 8/11/00 | 6076 | SHIPS/TED | 30 DAY DUE DATE : 9/10/00 | 08-001 |

**SPECIAL INSTRUCTIONS:** FRIDAY ORDER

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30 | 30 | X | LB | MUSHROOMS, JUMBO *Returned* | | | 1.60 | 48.00 | |
| 80755 | 40 | 40 | | LB | MUSHROOMS, FANCY | | | 1.30 | 52.00 | |
| 2700 | 12 | 12 | | EACH | ROSEMARY | | | .80 | 9.60 | |
| 2730 | 18 | 18 | | EACH | TARRAGON | | | .90 | 16.20 | |
| 2740 | 12 | 12 | | EACH | THYME | | | .90 | 10.80 | |
| 2751 | 18 | 18 | | 1 EACH | CILANTRO | | | .80 | 14.40 | |

CASES: 229  SPLITS: 7  CUBES: 323.94  THANK-YOU FOR YOUR ORDER  RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 8667.30 | 3255.52 |
| | | | | | | .00 |
| | | | | | | .00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

ACCOUNTS
RECEIVABLE

Case 6:00-cv-01408-JA    Document 1    Filed 10/20/00    Page 34 of 45 PageID 34

# RED'S MARKET

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL  32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL   FL  32920
407-783-4052

**PAGE** 1 OF 1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 639832 | 8/11/00 | 82024 | 8/11/00 | 6076 | SHIPS/TED | 30 DAY  DUE DATE : 9/10/00 | 66-750 |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 2 | 2 | | 50 LB | BANANAS, COOKING PLANTAIN | | | 16.00 | 32.00 | |
| 40520 | 1 | 0 | | CRT | NAPPA | | | | *ON ORDER* | 0 |
| 2001 | 30 | 30 | | LB | MUSHROOMS, JUMBO | | | 1.60 | 48.00 | |

CASES: 2   SPLITS: 1   CUBES: 6.00   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | 140.00 | 80.00 |
| | | | | | | .00 |
| | | | | | | .00 |

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable gricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of d or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

ACCOUNTS RECEIVABLE

Case 6:00-cv-01408-JA    Document 1    Filed 10/20/00    [Page 35 of 45] PageID 35

# RED'S MARKET

ORLANDO: (407) 857-3930 TAMPA: (813) 620-1141 MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL    FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN 1 OF 1

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL 32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 439998 | 8/12/00 | 82034 | 8/13/00 | 4087 | SHIPS/TRD | 30 DAY | 08-000 |
| | | | | | | DUE DATE : 9/11/00 | |

**SPECIAL INSTRUCTIONS:** SUNDAY ORDER

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 3 | 3 | CASE | KALE ORIENTAL | | | 18.00 | 54.00 | |
| 402020 | 1 | 1 | CRT | NAPPA | | | | 24.00 | 24.00 | |

CASES: 4    SPLITS: 0    CUBES: 4.55    THANK-YOU FOR YOUR ORDER! RED'S MARKET!

| DRIVER | CASH | CHECK | AMOUNT | CUSTOMER SIGNATURE | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | | 160.00 | 78.00 |
| | | | | | | .00 |
| | | | | | | .00 |

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL 32920
407-783-4052

PAGE
1 OF    2

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 640683 | 8/17/00 | 82024 | 8/17/00 | 6109 | SHIPS/TED | 30 DAY / DUE DATE : 9/16/00 | 88-001 |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 2 | 2 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 17.00 | 34.00 | |
| 78 | 2 | | | 125 CT | APPLES, RED DELICIOUS | | | 16.00 | 32.00 | |
| 302010 | 8 | 8 | | 40 LB | BANANAS, PREMIUM | | | 11.50 | 92.00 | |
| 302035 | 2 | | | 50 LB | BANANAS, COOKING PLANTAIN | | | 16.00 | 32.00 | |
| 00215 | 2 | | | LUG | GRAPES, PERLETTE | | | 17.00 | 34.00 | |
| 00315 | 2 | | | LUG | GRAPES, RED SEEDLESS | | | 17.00 | 34.00 | |
| 240018 | 28 | 28 | | CASE | CANTALOUPE | | | 11.00 | 308.00 | |
| 241009 | 34 | 34 | | CASE | HONEYDEW | | | 10.00 | 340.00 | |
| 240113 | 11 | 11 | | 113/138 | ORANGES, CALIF | | | 13.00 | 143.00 | |
| 250045 | 10 | 10 | | 12 PT | STRAWBERRIES, DRISCOLL | | | 12.00 | 120.00 | |
| 249095 | 60 | 60 | | EACH | WATERMELON | | | 6.50 | 390.00 | |
| 402020 | 1 | | | CRT | NAPPA | | | 24.00 | 24.00 | |
| 401066 | 15 | 15 | | 50 LBS | CARROTS, EASTERN | | | 13.70 | 205.50 | |
| 401070 | 11 | 11 | | CASE | CAULIFLOWER | | | 13.50 | 148.50 | |
| 401080 | 3 | | | 24CT | CELERY | | | 21.00 | 63.00 | |
| 406085 | 2 | | | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 403706 | 10 | 10 | | 24 CT | LETTUCE, ROMAINE | | | 17.50 | 175.00 | |
| 80 | 3 | | | CRT | LETTUCE, RED LEAF CALIF. | | | 18.00 | 54.00 | |
| 505 | | | | CASE | KALE, ORIENTAL | | | 18.00 | 54.00 | |
| 01880 | 8 | | | 2.5 LB | SPINACH, CELLO | | | | | S |
| 404015 | | | | 4/2.5LB | SPINACH, CELLO | | | 18.00 | 144.00 | |
| 406037 | 12 | 12 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.00 | 132.00 | |
| 406080 | 2 | | | 48 CT | ONIONS, GREEN | | | 14.00 | 28.00 | |
| 406063 | 2 | | | 5 DOZEN | PARSLEY | | | 16.00 | 32.00 | |
| 406267 | 27 | 27 | | 25# | TOMATOES, 6X7 | | | 14.00 | 378.00 | |
| 401336 | 3 | 3 | | CTN | RUTABAGAS | | | 16.00 | 448.00 | |
| 403643 | 10 | 10 | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 14.00 | 140.00 | |
| 301120 | 360 | 360 | | EACH | PINEAPPLES, 14CT | | | .94 | 338.40 | |

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | | | CONTINUED | |

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment

ACCOUNTS RECEIVABLE

TOTAL



# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL, FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN    2 OF    2

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL   32920
407-783-4052

**PAGE**

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 640683 | 8/17/00 | 82024 | 8/17/00 | 6109 | SHIPS/TED | 30 DAY | 88-001 |
| | | | | | | DUE DATE : 9/16/00 | |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 10 | 10 | | LBS | LETTUCE, ICEBURG **PREMIUM** | | | 14.00 | 140.00 | |
| 80 55 | 40 | 40 | | LB | MUSHROOMS, FANCY | | | 1.30 | 52.00 | |
| 02700 | 18 | 18 | | EACH | ROSEMARY | | | .80 | 14.40 | |
| 02730 | 18 | 18 | | EACH | TARRAGON | | | .90 | 16.20 | |
| 02740 | 18 | 18 | | EACH | THYME | | | .90 | 16.20 | |
| 02752 | 18 | 18 | | 1 EA. | CILANTRO  30 CT. | | | .80 | 14.40 | |

CASES: 273   SPLITS: 7   CUBES: 398.98   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|
| | | | |

CUSTOMER SIGNATURE

| TOTAL WEIGHT | SUB TOTAL |
|---|---|
| 9816.68 | 3808.60 |
| | .00 |
| | .00 |

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



# RED'S MARKET

ORLANDO: (407) 857-2930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

Case 6:00-cv-01408-JA    Document 1    Filed 10/20/00    Page 38 of 45 PageID38

**BILL TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL 32920
407-783-4052

**PAGE**
1 OF 1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 641569 | 8/23/00 | 82024 | 8/23/00 | 6147 | SHIPS/TED | 30 DAY | 66-500 |
| | | | | | | DUE DATE : 9/22/00 | |

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | | 40 LB | BANANAS, FEILDERS/COUNSULS | | | 11.50 | 57.50 | |
| 404015 | 4 | 4 | | 4/2LB.F | SPINACH, CELLO | | | 18.00 | 72.00 | |
| 430094 | 2 | 2 | | 24 CT | WATERCRESS | | | 16.00 | 32.00 | |
| 891359 | 10 | 0 | X | LB | SPROUTS, BEAN | | | *ON ORDER* | | 0 |

CASES: 11    SPLITS: 0    CUBES: 13.60    THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR HANDS BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER SIGNATURE

**TOTAL WEIGHT**  292.00

**SUB TOTAL**  161.50
.00
.00

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



**RED'S MARKET**

ORLANDO: (407) 857-3930  TAMPA: (813) 620-1141  MELBOURNE: (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

BILL TO:
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL  FL 32920

DELIVER TO:
CAPE CANAVERAL CRUISE LIN  1 OF  2

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL  FL 32920
407-783-4052

PAGE

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 641899 | 8/25/00 | 82024 | 8/25/00 | 6143 | SHIPS/TED | 30 DAY | 08-000 |
| | | | | | | DUE DATE : 9/24/00 | |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 2 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 17.00 | 34.00 | |
| | 3 | 3 | | CASE | APPLES, RED 125/138 COUNT | | | 16.00 | 48.00 | |
| 202020 | 8 | 8 | | 40 LB. | BANANAS FEILDERS/COUNSULS | | | 11.50 | 92.00 | |
| 202035 | 2 | 2 | | 50 LB. | BANANAS, COOKING PLANTAIN | | | 16.00 | 32.00 | |
| 200215 | 2 | 2 | | LUG | GRAPES, PERLETTE | | | 16.00 | 32.00 | |
| 200315 | 2 | 2 | | LUG | GRAPES, RED SEEDLESS | | | 16.00 | 32.00 | |
| 202200 | 6 | 6 | | 200 CT | LEMONS, CHOICE | | | 21.00 | 126.00 | |
| 240018 | 28 | 12 | | CASE | CANTALOUPE | | | 11.00 | 132.00 | PS |
| 241009 | 22 | 22 | | CASE | HONEYDEW | | | 10.00 | 220.00 | |
| 210113 | 8 | 8 | | 113/138 | ORANGES, CALIF | | | 13.00 | 104.00 | |
| 250045 | 8 | 8 | | 12 PT | STRAWBERRIES, DRISCOLL | | | 12.00 | 96.00 | |
| 289095 | 60 | 60 | | EACH | WATERMELON | | | 6.50 | 390.00 | |
| 451064 | 8 | 8 | | 50 LBS | CARROTS, EASTERN | | | 13.70 | 109.60 | |
| 451070 | 6 | 6 | | CASE | CAULIFLOWER | | | 14.75 | 88.50 | |
| 406085 | 2 | 2 | | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 403700 | 6 | 6 | | 24 CT | LETTUCE, ROMAINE | | | 17.50 | 105.00 | |
| | 2 | 2 | | CTN | LETTUCE, BOSTON | | | 16.00 | 32.00 | |
| 30 | 3 | 3 | | CRT | LETTUCE, RED LEAF CALIF | | | 18.00 | 54.00 | |
| 450505 | 3 | 3 | | CASE | KALE, ORIENTAL | | | 18.00 | 54.00 | |
| 404015 | 8 | 8 | | 4/2.5LB | SPINACH, CELLO | | | 18.00 | 144.00 | |
| 406034 | 7 | 7 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.00 | 77.00 | |
| 406080 | 1 | 1 | | 48 CT | ONIONS, GREEN | | | 14.00 | 14.00 | |
| | 2 | 2 | | 5 DOZEN | PARSLEY | | | 16.00 | 32.00 | |
| 401314 | 1 | 0 | | 14/1LB | RADISHES, CELLO | | | | | S |
| 401300 | 0 | 1 | | BAG | RADISHES, BULK BAG | | | 19.00 | 19.00 | |
| 400267 | 28 | 28 | | 25# | TOMATOES, 6X7 | | | 14.00 | 392.00 | |
| 401072 | 2 | 2 | | 23 LBS | TOMATOES, 6X6 60/72 COUNT BOX | | | 14.00 | 28.00 | |
| 401334 | 1 | 1 | | CTN | RUTABAGAS | | | 16.00 | 16.00 | |

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT | | TOTAL WEIGHT | SUB TOTAL |
|---|---|---|---|---|---|---|
| | | | | CUSTOMER SIGNATURE | | CONTINUED |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

ACCOUNTS RECEIVABLE

# RED'S MARKET

**ORLANDO:** (407) 857-3930  **TAMPA:** (813) 620-1141  **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE
CAPE CANAVERAL    FL  32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN
7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 641899 | 8/25/00 | 82024 | 8/25/00 | 6143 | SHIPS/TED | 30 DAY | 08-000 |

DUE DATE :   9/24/00

TEDB

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 280 | 280 | | EACH | PINEAPPLES, 14CT | | | .94 | 263.20 | |
| 802001 | 30 | 30 | | LB | MUSHROOMS, JUMBO | | | 1.60 | 48.00 | |
| 861955 | 20 | 20 | | LB | MUSHROOMS, FANCY | | | 1.30 | 26.00 | |
| 802700 | 12 | 12 | | EACH | ROSEMARY | | | .80 | 9.60 | |
| 802730 | 18 | 18 | | EACH | TARRAGON | | | .90 | 16.20 | |
| 802740 | 18 | 0 | | EACH | THYME | | | *ON ORDER* | | 0 |
| 802752 | 12 | 12 | | 1 EA. | CILANTRO   30 CT. | | | .80 | 9.60 | |

Return to small

CASES:   215      SPLITS:   6    CUBES:   232.76   THANK-YOU FOR YOUR ORDER! RED'S MARKET!

YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER
SIGNATURE

| TOTAL WEIGHT | SUB TOTAL |
|---|---|
| 7579.64 | 2907.70 |
| | .00 |
| | .00 |

ACCOUNTS RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 40 of 45 PageID 40

Case 6:00-cv-01408-JA Document 1 Filed 10/26/00 Page 1 of 45 PageID 41

# RED'S MARKET

**ORLANDO:** (407) 857-3930 **TAMPA:** (813) 620-1141 **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

| BILL TO: | DELIVER TO: | PAGE |
|---|---|---|
| CAPE CANAVERAL CRUISE LIN | CAPE CANAVERAL CRUISE LIN | 1 OF 1 |
| 7099 NORTH ATLANTIC AVE | 7099 NORTH ATLANTIC AVE. | |
| CAPE CANAVERAL FL 32920 | CAPE CANAVERAL FL 32920 | |
| | 407-783-4052 | |

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 442769 | 8/31/00 | 82024 | 8/31/00 | 6172 | SHIPS/TED | 30 DAY | 66-800 |
| | | | | | | DUE DATE : 9/30/00 | |

**SPECIAL INSTRUCTIONS:**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | | 113CT | APPLES, GOLDEN DELICIOUS | | | 18.75 | 93.75 | |
| 112277 | 5 | 5 | CASE | | APPLES, RED 125/138 COUNT | | | 16.50 | 82.50 | |
| 202010 | 4 | 4 | 40 LB | | BANANAS, PREMIUM | | | 11.50 | 46.00 | |
| 202215 | 1 | 1 | | | GRAPES, PERLETTE | | | 17.00 | 17.00 | |
| 202315 | 1 | 1 | | | GRAPES, RED SEEDLESS | | | 17.00 | 17.00 | |
| 202200 | 3 | | | 200 CT | LEMONS, CHOICE | | | 26.00 | 78.00 | |
| 202113 | 12 | 12 | | 113/138 | ORANGES, CALIF | | | 13.00 | 156.00 | |
| 299095 | 90 | 90 | | EACH | WATERMELON | | | 6.75 | 607.50 | |
| 401066 | 12 | 12 | | 50 LBS | CARROTS, EASTERN | | | 13.70 | 164.40 | |
| 401080 | 4 | 4 | | 24CT | CELERY | | | 24.00 | 96.00 | |
| 401122 | 2 | 2 | | CRT | EGGPLANT | | | 11.00 | 22.00 | |
| 406085 | 2 | 2 | | 12 CT | LEEKS | | | 16.00 | 32.00 | |
| 403642 | 10 | 10 | | 24 CT | LETTUCE, ICEBURG **PREMIUM** | | | 23.00 | 230.00 | |
| 404015 | 4 | 4 | | 4/2.5LB | SPINACH, CELLO | | | 18.00 | 72.00 | |
| 406034 | 13 | 13 | | 50 LBS | ONIONS, YELLOW MEDIUM | | | 11.00 | 143.00 | |
| 406080 | 1 | 1 | | 48 CT | ONIONS, GREEN | | | 14.00 | 14.00 | |
| 156063 | 1 | 1 | | 5 DOZEN | PARSLEY | | | 16.00 | 16.00 | |
| | 1 | 1 | | BAG | RADISHES, BULK BAG | | | 19.00 | 19.00 | |
| 10267 | 30 | 30 | | 25# | TOMATOES, 6X7 | | | 16.00 | 480.00 | |
| 401336 | 3 | 3 | | CTN | RUTABAGAS | | | 16.00 | 48.00 | |
| 301120 | 280 | 280 | | EACH | PINEAPPLES, 14CT | | | .95 | 266.00 | |
| 301600 | 10 | 10 | | LB | PEAS, SNOW | | | 3.00 | 30.00 | |
| 301955 | 30 | 30 | | LB | MUSHROOMS, FANCY | | | 1.30 | 39.00 | |
| 302700 | 12 | 12 | | EACH | ROSEMARY | | | .80 | 9.60 | |
| 302740 | 12 | 12 | | EACH | THYME | | | .90 | 10.80 | |
| 302752 | 18 | 18 | | 1 EA. | CILANTRO 30 CT. | | | .80 | 14.40 | |

CASES: 204 SPLITS: 6 CUBES: 292.87 RED'S WILL BE CLOSED SEPT 4,2000-FOR LABOR DAY

**YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING**

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|
| | | | |

CUSTOMER SIGNATURE

| TOTAL WEIGHT | SUB TOTAL |
|---|---|
| 7659.28 | 3803.95 |
| | .00 |
| | .00 |

ACCOUNTS RECEIVABLE

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable icultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of d or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment...



# RED'S MARKET

Case 6:00-cv-01408-JA   Document 1   Filed 10/20/00   Page 42 of 45 PageID 42

**ORLANDO:** (407) 857-3930  **TAMPA:** (813) 620-1141  **MELBOURNE:** (407) 242-0090

PLEASE REMIT TO: P.O. BOX 30000 ORLANDO, FLORIDA 32891-8100

**BILL TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE
CAPE CANAVERAL   FL 32920

**DELIVER TO:**
CAPE CANAVERAL CRUISE LIN

7099 NORTH ATLANTIC AVE.
CAPE CANAVERAL    FL  32920
407-783-4052

**PAGE**
1 OF   1

| INVOICE NO. | INVOICE DATE | CUSTOMER NO. | ORDER DATE | P.O. NUMBER | SALESMAN | TERMS | ROUTE-STOP |
|---|---|---|---|---|---|---|---|
| 643123 | 9/02/00 | 82024 | 9/02/00 | 6181 | SHIPS/TED | 30 DAY | 66-800 |
| | | | | | | DUE DATE : 10/02/00 | |

**SPECIAL INSTRUCTIONS:**

TEDB

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACK | SIZE | ITEM DESCRIPTION | UNIT WEIGHT | EXT. WEIGHT | UNIT PRICE | EXT. PRICE | ST. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 3 | | CRT/SAX | CABBAGE, GREEN | | | 10.00 | 30.00 | |
| 401 | 2 | 2 | | 25 LBS | TURNIPS, WHITE | | NA | 13.00 | 26.00 | |

CASES: 5    SPLITS: 0   CUBES: 7.25   RED'S WILL BE CLOSED SEPT 4,2000-FOR LABOR DAY!

**YOU MUST CHECK YOUR MERCHANDISE BEFORE SIGNING**

| DRIVER | CASH | CHECK | AMOUNT |
|---|---|---|---|

CUSTOMER SIGNATURE

| TOTAL WEIGHT | 208.00 |
|---|---|

| SUB TOTAL | 56.00 |
|---|---|
| | .00 |
| | .00 |

ACCOUNTS
RECEIVABLE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of

ALL-STATE LEGAL  800 222-0510    ED11    RECYCLED

NEW ROBERT GORDON MC (?) +B — 12/1 11:15A

APPLICATION FOR CREDIT WITH     OK N30 XY. 1/6/97     DATE 11/19/97

# RED'S MARKET

OK N30 TERMS XY.

- ☐ 8801 Exchange Drive, Orlando, FL 32809  Tel. 407-857-3930  Wats 800-226-3930  Facsimile 407-859-1125
- ☒ 5095 Industry Drive, Melbourne, FL 32940  Tel. 407-242-0090  Wats 800-226-0090  Facsimile 407-254-2025
- ☐ 5445 Bonacker Drive, Tampa, FL 33610  Tel. 813-620-1141  Wats 800-226-1141  Facsimile 813-620-1304
- ☐ 2744 Edison Ave, Ft. Myers, FL 33916-7376  Tel. 813-334-3972  Wats 800-533-7848  Facsimile 813-334-3982

NAME Cape Canaveral Cruise Line     PHONE 407-783-4052

STREET ADDRESS 7099 North Atlantic Ave

Cape Canaveral     STATE FL     ZIP 32920

MAILING ADDRESS for statements if other than above _____

_____

Will payment be made from this location? Yes ☒ No ☐   If No, where will payment be made from? _____

Special billing Instructions: _____

APPLICANT is:     ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation

If Applicant is a Partnership or Corporation, give legal name, Federal I.D. Number and State Incorporated:

**NAME OF OWNERS, PARTNERS, OR CORPORATE OFFICERS ARE AS FOLLOWS**

Name & Title Bruce Burner ... C.O.O     Home Phone 407-783-4052

Home Address 7099 North Atlantic Ave, Cape Canaveral FL 32920  How Long? _____

Social Security # _____ Spouse, if connected with business _____

Drivers License # _____ Date of Birth _____

Name & Title _____ Home Phone _____

Home Address _____ How Long? _____

Social Security # _____ Spouse, if connected with business _____

Drivers License # _____ Date of Birth _____

Name & Title _____ Home Phone _____

Home Address _____ How Long? _____

Social Security # _____ Spouse, if connected with business _____

Drivers License # _____ Date of Birth _____

**BANK REFERENCES**

Account Name Cape Canaveral Cruise Line  Account # 209 0001 588296  Officer's Name Paige Crooks

Name of Bank First Union National Bank of FL  Address 7500 Astronaut Blvd, Cape Canaveral, FL 32

Account Name _____ Account # _____ Officer's Name _____

Name of Bank _____ Address _____

**FOOD SERVICE REFERENCES**

Name HL — _____ Account # _____ Phone _____

Address _____ City _____ Zip _____

Name _____ Account # _____ Phone _____

Address _____ City _____ Zip _____

Name _____ Account # _____ Phone _____

is:   ☐ Owned   ☒ Leased   If leased, give owner's name _Tech Vest Inc._
_124 St Croix Ave, Cocoa Beach, FL 32931_
: exempt:   ☐ No   ☒ Yes   If yes, give exemption # _15-02-076752-59_
nager's Name _____   Home Phone _____
_____ City _____   Zip _____

any other information you wish to be considered in this application? _SEE ATTACHED_

_____
_____
_____
_____
_____
_____

## PLEASE! THIS APPLICATION MUST BE COMPLETED IN FULL BEFORE BEING PROCESSED

ne Undersigned represents that he or she is authorized to execute this application on behalf of the applicant and that all of e information contained in this Application of Credit is true. The undersigned authorizes Red's Market and its agents to ake credit checks with the references noted above, and to obtain whatever other credit information is deemed necessary to .tend credit hereunder and authorizes any credit reference listed or any credit bureau or reporting service to release nformation to Red's Market. The applicant agrees to provide Red's Market with immediate notice of any change in owner-hip of the business listed on the front of this application.

he undersigned agrees, in the event of non-payment, to pay all costs of collection, including attorneys' fees (through ap-eal). The undersigned further agrees that Red's Market shall have the right to liquidate attorney's fees at 20% of the utstanding balance or greater amount as is reasonable.

Payments are due until they are received by Red's Market at its Orlando, Florida offices. Any dispute between the parties hall be litigated in the appropriate court in Orange County, Florida. The undersigned understands that all purchases are due nd payable within 10 days of each statement. Accounts past due may be charged a 1.5% service charge each month until he balance is paid in full.

Date: _Nov 21_ , 19 _97_

Signature: _____

Title: _Director of Good Service_

## GUARANTY

he undersigned authorizes Red's Market to obtain and review credit reports concerning the undersigned. The undersigned lso personally guarantees all payments due Red's Market by the applicant including all costs of collection as set forth above nd agrees to litigate any dispute in the appropriate court in Orange County, Florida.

Date: _____ , 19 _____