AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____MIDDLE_____ **DISTRICT OF** _____FLORIDA_____

RED'S MARKET

**V.**

CAPE CANAVERAL CRUISE LINE, INC., et al

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

6:00 CV-1408 - ORL-28-C

TO: (Name and address of defendant)

NICHOLAS KOSMAS
920 Third Avenue
New Smyra Beach, FL 32169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McCarron & Associates
4910 Massachusetts Ave., NW.
Washington, DC 20016

Winderweedle, Haines, Ward
 & Woodman
390 N. Orange Avenue
Orlando, Florida 32802

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SHERYL L. LOESCH**                                      10/20/00

_____        _____
CLERK                                                          DATE

_____
(BY) DEPUTY CLERK

P. O. B
ORLANDO,
1-800-228-
CONTROL # ____95 74____